# Heekin, Malin & Wenzel

PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

POST OFFICE BOX 477
JACKSONVILLE, FLORIDA 32201
TELEPHONE (904) 355-7000
FACSIMILE (904) 355-0266
E-MAIL hmw@jax-law.com

T. GEOFFREY HEEKIN
S. HUNTER MALIN
TRACY L. WENZEL

HILARY D. WILSON
JESSICA DEMUTH

November 11, 2009

Clerk of Court
United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202

    RE:  In Re Peter Brody Miller and Elizabeth Dianna Miller
         Case No. 3:09-bk-04724-PMG

Dear Sir or Madam:

    I write in response to the Trustee's objection to Claim 3 filed in the above-referenced case by the Trustee, Aaron R. Cohen. Briefly, Mr. Cohen argues to this Court that Claim number 3 filed by Heekin, Malin & Wenzel on November 5, 2009, is an unsecured claim in the amount of $86,515.45 and should be dismissed insofar as there is no documentation attached to the claim evidencing the debtor's liability for the debt claimed. Due to an inadvertent error, the enclosed statements were not attached to the claim that was filed on November 5, 2009 by this firm. The undersigned apologizes for any inconvenience this may have caused. By copy of this letter, the enclosed statements have been provided to Mr. Aaron Cohen.

    Should you have any questions or concerns, please do not hesitate to contact me.

                                       Sincerely,

                                       T. Geoffrey Heekin

TGHje
cc:  Aaron R. Cohen

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Middle District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Peter Brody Miller<br>Elizabeth Dianna Miller | Case Number: 3:09-04724-PMG |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>HEEKIN, MALIN & WENZEL | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>HEEKIN, MALIN & WENZEL<br>P.O. BOX ~~477~~ 477<br>JACKSONVILLE FL 32201-0477<br><br>FILED<br>JACKSONVILLE, FLORIDA<br>NOV 05 2009<br>CLERK, U.S. BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA<br><br>Telephone number: 904-355-7000 | Court Claim Number: _____<br>(If known)<br><br>FILED<br>JACKSONVILLE, FLORIDA<br>NOV 16 2009<br>CLERK, U.S. BANKRUPTCY COURT<br>Filed on: MIDDLE DISTRICT OF FLORIDA |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| 1. Amount of Claim as of Date Case Filed: $ 86,515.45<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim: SERVICES PERFORMED<br>(See instruction #2 on reverse side.)<br>3. Last four digits of any number by which creditor identifies debtor: _____<br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other<br>Describe:<br><br>Value of Property: $_____ Annual Interest Rate ___ %<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____ Basis for perfection: _____<br><br>Amount of Secured Claim: $_____ Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$ _____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| Date: 11-4-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ T. Geoffrey Heekin, President | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

017938                                    40107017955029

Heekin, Malin, & Wenzel, P.A.
Post Office Box 477
Jacksonville, FL 32201

Ph: (904) 355-7000    Fax: (904) 355-0266

Peter Miller
14105 Twin Falls Dr. West
Jacksonville FL 32224

Page: 1
August 31, 2009
Account No:  3164-991543
Statement No:      24144

Circuit Court

|  |  |
|---|---|
| Previous Balance | $45,658.53 |
| Balance Due | $45,658.53 |

Heekin, Malin, & Wenzel, P.A.
Post Office Box 477
Jacksonville, FL 32201

Ph: (904) 355-7000    Fax: (904) 355-0266

Peter Miller
14105 Twin Falls Dr. West
Jacksonville FL 32224

Page: 1
June 01, 2009
Account No: 3164-991488
Statement No: 22292

AAA Case

| | |
|---|---|
| Previous Balance | $20,036.69 |
| Balance Due | $20,036.69 |

Heekin, Malin, & Wenzel, P.A.
Post Office Box 477
Jacksonville, FL 32201

Ph: (904) 355-7000     Fax: (904) 355-0266

|  |  |
|---|---|
| Peter Miller | Page: 1 |
| 1300 Shetter Avenue | June 01, 2009 |
| Unit 3304 | Account No: 3164-991583 |
| Jacksonville Beach FL 32250 | Statement No: 22293 |

Appeal

| | |
|---|---|
| Previous Balance | $20,820.23 |
| Balance Due | $20,820.23 |